IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARIVEL PEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 13-435 |

ORDER

AND NOW, this 3rd day of March, 2014, upon careful and independent consideration of the administrative record, the brief in support of review filed by plaintiff (Docket #8), defendant's response, and plaintiff's reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and the plaintiff's objections to the Report and Recommendation, the defendant's opposition to said objections, and the plaintiff's reply thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The objections are OVERRULED;

3. The decision of the Commissioner is AFFIRMED and plaintiff's request for review is DENIED; and

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.